ORIGINAL FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 4 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RON DE CLUE

This case assigned to District Judge Wright
and to Magistrate Judge Volpe

Plaintiff,

v.                              CIVIL ACTION NO. 1:11 cv 101 SWW

ENHANCED RECOVERY CORPORATION

Defendant.

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

RON DE CLUE (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against ENHANCED RECOVERY CORPORATION, (Defendant):

#### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

#### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Arkansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2).*

## PARTIES

6. Plaintiff is a natural person residing in North Little Rock, Pulaski County, Arkansas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a debt collection company with its headquarters in Tallahassee, Florida.

## FACTUAL ALLEGATIONS

10. During February of 2011, Defendant started placing telephone calls to Plaintiff at telephone number (501) 771-0709 from telephone number (800) 383-5558.

11. On February 16, 2011, Defendant called Plaintiff at telephone number (501) 771-0709 from telephone number (800) 383-5558 on two separate occasions; 9:23 am and 7:10 pm.

12. On February 17, 2011, Defendant called Plaintiff at telephone number (501) 771-0709 from telephone number (800) 383-5558 on two separate occasions; 9:59 am and 7:52 pm.

13. On February 22, 2011, Defendant called Plaintiff at telephone number (501) 771-0709 from telephone number (800) 383-5558 on two separate occasions; 10:44 am and 5:50 pm.

14. Plaintiff states that he has received numerous phone calls from Defendant in addition to the phone calls listed above.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt; and

   b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, RON DE CLUE, respectfully requests judgment be entered against Defendant, ENHANCED RECOVERY CORPORATION, for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

18. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: November 8, 2011   By: *Shireen Hormozdi*
Shireen Hormozdi
Attorney for Plaintiff
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, RON DE CLUE, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARKANSAS

Plaintiff, RON DE CLUE, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, RON DE CLUE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_3-23-2011_
Date

_[signature]_
RON DE CLUE