IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | | |
|---|---|---|
| RON de CLUE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO:   1:11CV00101 SWW |
| ENHANCED RECOVERY | * | |
| CORPORATION | * | |
| | * | |
| Defendant | | |

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal (docket entry #3).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff is entitled to voluntarily dismiss his claims without leave of Court.   Accordingly, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE